UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

    v.                                Case No. 15-cv-454-SM

NH Governor, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 14, 2015, for the reasons set forth therein.

Plaintiff's Fourth Amendment claim for damages concerning the December 18, 2014, group strip search that occurred after the Holiday Event asserted against Defendants Maj. John Fouts; C.O. K. Jardine, the unnamed male C.O., second shift (John Doe #2), and the unnamed male Shift Commander, second shift (John Doe #1) will go forward.  All remaining claims are hereby dismissed from this action.  All remaining defendants named in the complaint are hereby removed from this action.

    SO ORDERED.

                                             Steven J. McAuliffe
                                             United States District Judge

Date: February 2, 2016

cc:    Timothy Beers, pro se
       Francis C. Fredericks, Esq.