```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Timothy Beers

                        v.

Jon Fouts, Roderick Greenwood,       Case No. 15-cv-454-SM
Kelly Jardine, Lt. Ernest Orlando,
Keith Forcier, and John Doe #2

## O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 12, 2017 (document no. 82), and the Order denying Plaintiff's motion for reconsideration (document no. 90) dated August 23, 2017, for the reason set forth therein.

Defendants Fouts, Greenwood, Orlando, and Jardine's motion for summary judgment on the grounds of qualified immunity (document no. 44) is hereby granted. Those same defendants' motion for summary judgment on damages (document no. 51) is denied as moot. Plaintiff's claims against defendant John Doe #2 are hereby dismiss without prejudice.

SO ORDERED.

                                      Steven J. McAuliffe
                                      United States District

Date: September 12, 2017

cc: Timothy Beers, pro se
    Francis C. Fredericks, Esq.
    Lynmarie C. Cusack, Esq.
    Seth M. Zoracki, Esq.