UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

    v.                          Case No. 15-cv-454-SM

NH Governor, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 8, 2017, for the reasons set forth therein (document no. 59). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motion to Amend Complaint (document no. 49) is hereby denied to the extent Mr. Beers seeks to add claims against defendants Wrenn, Forbes, Kench, Foster, Gerry and an

unnamed John Doe defendant.

    SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: September 26, 2017

cc: Timothy Beers, pro se
    Francis C. Fredericks, Esq.
    Lynmarie C. Cusack, Esq.
    Seth M. Zoracki, Esq.